IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONFORMIS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZIMMER BIOMET HOLDINGS, INC. and ZIMMER, INC.,<br><br>　　　　Defendants. | C. A. No. 19-1528-RGA (CONSOL.)<br><br>REDACTED VERSION |
| CONFORMIS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDACTA USA, INC. and MEDACTA INTERNATIONAL SA,<br><br>　　　　Defendants. | C. A. No. 19-1618-RGA |

**SECOND DECLARATION OF REBECCA NEUBAUER IN SUPPORT OF PLAINTIFF'S SURREPLY IN SUPPORT OF ITS OPPOSITION TO MEDACTA INTERNATIONAL SA'S PARTIAL MOTION TO DISMISS**

OF COUNSEL:

Matthew M. Wolf
Paul Margulies
Victoria L. Reines
Rebecca Neubauer
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Matthew.Wolf@arnoldporter.com
Paul.Margulies@arnoldporter.com
Victoria.Reines@arnoldporter.com
Rebecca.Neubauer@arnoldporter.com

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff Conformis, Inc.*

August 2, 2021

Redacted version filed: August 11, 2021

1

I, Rebecca Neubauer, hereby declare:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP and am licensed to practice law in the District of Columbia. I am admitted *pro hac vice* to this Court and I am counsel for Plaintiff Conformis, Inc. ("Conformis") in this matter.

2. I previously submitted a Declaration in connection with Conformis's Answering Brief in Opposition to Medacta International SA's Partial Motion to Dismiss. (D.I. 119.)

3. I offer this second Declaration containing Exhibits in support of Conformis's surreply in Opposition to Medacta International SA's Partial Motion to Dismiss.

4. Attached hereto are true and correct copies of the following:

| Exhibit | Description |
|---------|-------------|
| 20 | [SEALED] Excerpts from the June 18, 2021 deposition transcript of Matthew Goudy |
| 21 | [SEALED] Document bearing bates number MEDACTAUSA_000018420, produced by Medacta USA, Inc. to Conformis after the close of briefing |
| 22 | [SEALED] Excerpts from the June 24, 2021 deposition transcript of David Conley |
| 23 | [SEALED] Document bearing bates numbers MEDACTAUSA_000017931-932, produced by Medacta USA, Inc. to Conformis after the close of briefing |
| 24 | [SEALED] Document bearing bates numbers MEDACTAUSA_000021499-501, produced by Medacta USA, Inc. to Conformis after the close of briefing |
| 25 | [SEALED] Excerpts from the June 30, 2021 deposition transcript of John Thro |

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge.

Dated: August 2, 2021

/s/ *Rebecca Neubauer*
Rebecca Neubauer