# EXHIBITS 20 - 25
# Redacted in Their Entirety

## **CERTIFICATE OF SERVICE**

        I, Karen L. Pascale, Esquire, hereby certify that on August 11, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served by e-mail upon the following counsel of record:

    Amy M. Dudash
    MORGAN LEWIS & BOCKIUS LLP
    1201 N. Market Street
    Suite 2201
    Wilmington, DE 19801
    Amy.dudash@morganlewis.com

    Jason C. White
    Scott D. Sherwin
    Michael T. Sikora
    James J. Kritsas
    Nicholas A. Restauri
    Karon N. Fowler
    MORGAN LEWIS & BOCKIUS LLP
    77 West Wacker Drive
    Chicago, IL 60601
    Jason.white@morganlewis.com
    Scott.sherwin@morganlewis.com
    Michael.sikora@morganlewis.com
    James.kritsas@morganlewis.com
    Nicholas.restauri@morganlewis.com
    Karon.fowler@morganlewis.com

*Counsel for Defendant Medacta USA, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone:  302-571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

*Attorneys for Plaintiff, Conformis, Inc.*