# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONFORMIS, INC.,<br>    Plaintiff,<br> v.<br>ZIMMER BIOMET HOLDINGS, INC. and ZIMMER, INC.,<br>    Defendants. | C. A. No. 19-1528-RGA (CONSOL.) |
| CONFORMIS, INC.,<br>    Plaintiff,<br> v.<br>MEDACTA USA, INC. and MEDACTA INTERNATIONAL SA,<br>    Defendants. | C. A. No. 19-1618-RGA |

## STIPULATION TO EXTEND CERTAIN DEADLINE

WHEREAS, on July 1, 2022, the parties filed a Joint Status Report with proposed form of Amended Scheduling Order (D.I. 254), containing an agreed-upon provision to pause the briefing on the parties' summary judgment and *Daubert* motions pending completion of a supplemental fact and expert discovery period involving defendant Medacta International SA;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadline is further extended pending the Court's action on D.I. 254, as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Reply Briefs in support of summary judgment and *Daubert* motions | July 29, 2022 | August 5, 2022 |

- 2 -

DATED: July 29, 2022

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Karen L. Pascale* | */s/ Amy M. Dudash* |
| Karen L. Pascale (#2903) | Amy M. Dudash (# 5741) |
| Robert M. Vrana (#5666) | Kelsey A. Bomar (#6641) |
| Rodney Square | 1201 N. Market Street, Suite 2201 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 574-3000 |
| (302) 571-6600 | amy.dudash@morganlewis.com |
| kpascale@ycst.com | kelsey.bomar@morganlewis.com |
| rvrana@ycst.com | *Attorneys for Defendants, Medacta USA, Inc. and Medacta International SA* |
| *Attorneys for Plaintiff, Conformis, Inc.* | |

SO ORDERED this _____ day of _____, 2022.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE